IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| RODNEY J. PAYNE, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | NO. 10-cv-00408-JPG-DGW |
| NORFOLK SOUTHERN RAILWAY COMPANY, | ) |  |
| Defendant. | ) |  |

## JUDGMENT IN A CIVIL CASE

The Court having received a stipulation of dismissal signed by all parties of record;

IT IS ORDERED AND ADJUDGED that this case is dismissed with prejudice, without costs.

DATED: May 13, 2011

NANCY ROSENSTENGEL, Clerk of Court

BY:s/Deborah Agans, Deputy Clerk

APPROVED:  *s/J. Phil Gilbert*
J. PHIL GILBERT
U. S. DISTRICT JUDGE